IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY JAMAR HERBERT, <br> AIS 262999, <br><br> Plaintiff, <br><br> v. <br><br> LAQUANDA HARRIS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. 2:22-cv-109-ECM <br> ) (WO) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION and ORDER**

On August 8, 2022, the Magistrate Judge entered a Recommendation (doc. 8) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate Final Judgment will be entered.

DONE this 30th day of August, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE